# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL HUIZAR MADERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:15-cv-00542-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 2) |

　　Plaintiff Ismael Huizar Madera filed a complaint on April 8, 2015, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　Accordingly, IT IS HEREBY ORDERED THAT:

　　1.　　Plaintiff's application to proceed in forma pauperis is GRANTED;

　　2.　　The Clerk of Court is DIRECTED to issue a summons; and

　　3.　　The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:　**April 10, 2015**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE