# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL HUIZAR MADERA<br><br>        Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>        Defendant. | Case No.: 1:15-cv-00542-SAB<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Pursuant to the stipulation of the parties, the scheduling order is amended as follows:

1. Plaintiff's opening brief shall be filed on or before January 27, 2016;
2. Defendant's response shall be filed on or before February 29, 2016; and
3. Plaintiff's reply, if any, shall be filed on or before March 14, 2016.

IT IS SO ORDERED.

Dated: __December 28, 2015__

UNITED STATES MAGISTRATE JUDGE

-1-