# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL HUIZAR MADERA ) | Case No.: 1:15-cv-00542-SAB |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before February 26, 2016;
2. Defendants' responsive brief shall be filed on or before March 28, 2016; and
3. Plaintiff's reply, if any, shall be filed on or before April 12, 2016.

IT IS SO ORDERED.

Dated: **January 29, 2016**

UNITED STATES MAGISTRATE JUDGE

-1-