1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

ISMAEL HUIZAR MADERA,                        )
                                             )   CIVIL NO. 1:15-cv-00542-SAB
       Plaintiff,                     )
                                             )    ORDER RE STIPULATION FOR
vs.                                          )   EXTENSION OF TIME
                                             )
                                             )   (ECF No. 21)
COMMISSIONER OF SOCIAL SECURITY,             )
       Defendant.                     )
                                             )
                                             )

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.   Defendant shall file her response to Plaintiff's opening brief on or before April 11, 2016; and

2.   Plaintiff shall file any reply t on or before April 25, 2016.

IT IS SO ORDERED.

Dated:   __**March 25, 2016**__

UNITED STATES MAGISTRATE JUDGE