# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL HUIZAR MADERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:15-cv-00542-SAB<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL TO SUPPLEMENT EXHIBITS TO MOTION FOR ATTORNEY FEES |

On August 5, 2019, Plaintiff's counsel ("Petitioner") filed a motion seeking attorney fees in this action pursuant to 42 U.S.C. § 406(b). In reviewing the motion, the declaration of counsel states that the attorney fee agreement is attached as exhibit 1. (Decl. of Monica Perales ¶ 1, ECF No. 29 at p. 12.) However the first exhibit to the motion is the Commissioner's letter granting benefits and having reviewed the motion and exhibits, the Court does not find the fee agreement. Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of entry of this order, Petitioner shall file a supplement including the attorney fee agreement.

IT IS SO ORDERED.

Dated:  **August 14, 2019**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1